660 A.2d 511

IN THE MATTER OF RICHARD W. WOODWARD,
AN ATTORNEY AT LAW.

July 18, 1995.

## ORDER

**RICHARD W. WOODWARD** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1990, having pleaded guilty to conspiracy to violate the federal securities laws in violation of 18 *U.S.C.A.* 371, and having through counsel consented to his temporary suspension from the practice of law, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **RICHARD W. WOODWARD** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **RICHARD W. WOODWARD** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **RICHARD W. WOODWARD** comply with *Rule* 1:20–20 dealing with suspended attorneys.